■ In the Matter of EIGHTH JUDICIAL DISTRICT ASBESTOS LITIGATION. BARBARA M. PIGGINS et al., as Co-Executors of KENNETH N. MARTIN, Deceased, Appellants, v INSULATION DISTRIBUTORS, INC., Respondent, et al., Defendants. [812 NYS2d 902]—Appeal from an order of the Supreme Court, Niagara County (James B. Kane, Jr., J.H.O.), entered December 3, 2004. The order granted the motion of defendant Insulation Distributors, Inc. for summary judgment dismissing the amended complaint and cross claims against it.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed without costs (see *Gorzka v Insulation Distribs.*, 28 AD3d 1191 [2006]). Present—Scudder, J.P., Kehoe, Smith, Green and Pine, JJ.

■ In the Matter of DWIGHT JAMES, Petitioner, v GLENN S. GOORD, as Commissioner of New York State Correctional Services, et al., Respondents. [813 NYS2d 690]—Proceeding pursuant to CPLR article 78 (transferred to the Appellate Division of the Supreme Court in the Fourth Judicial Department by order of the Supreme Court, Seneca County [Dennis F. Bender, A.J.], entered July 26, 2005) to review a determination of respondents. The determination found after a Tier III hearing that petitioner had violated various inmate rules.

It is hereby ordered that the determination be and the same hereby is unanimously confirmed without costs and the petition is dismissed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEON E. HURD, Appellant. [813 NYS2d 689]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered March 15, 2005. The judgment convicted defendant, upon his plea of guilty, of sexual abuse in the first degree and bribing a witness.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Gorski, J.P., Martoche, Smith, Green and Pine, JJ.